UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GILBERT AGUILAR,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. SACV 08-00135 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that the Commissioner's decision is **reversed**, and this case is **remanded** to the Commissioner for an award of benefits consistent with the Memorandum of Decision filed concurrently herewith.

DATED: December 5, 2008

_____
ANDREW J. WISTRICH
United States Magistrate Judge