**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for GILBERT AGUILAR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT AGUILAR<br><br>    Plaintiff,<br><br>    v<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. SACV 08-00135 AJW<br><br>ORDER AWARDING EAJA FEES AND COSTS |

Based upon the parties' Stipulation for Award of EAJA Fees and costs ("Stipulation"),

IT IS ORDERED that counsel for Plaintiff, as assignee of the Plaintiff, is awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR THOUSAND THREE HUNDRED DOLLARS and NO CENTS ($4,300.00) and costs in the amount of THREE HUNDRED SIXTY SEVEN DOLLARS and FORTY-EIGHT CENTS ($367.48), as authorized by 28 U.S.C. §§ 1920 and 2412(d), and subject to the terms of the Stipulation.

Dated: February 3, 2009

/s/
ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

1